**JARED C. COBELL**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Jared.Cobell@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
OCT 23 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IRA LEFTHAND JR.,<br><br>Defendant. | CR 17-118-BLG-SPW<br><br>INDICTMENT<br><br>ASSAULT RESULTING IN SERIOUS BODILY INJURY<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(6)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

That on or about April 24, 2017, near Dunmore, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, IRA LEFTHAND JR., an Indian person, willfully

1

and recklessly assaulted D.S., said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant:
Bail:

Arraignment:
11/13/17 @ 9:00 a.m.
before TJC | BLQS